IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-12-00055 |
| v. | ) | |
| | ) | |
| JAMES BENJAMIN LEE | ) | |

ORDER

The Court is in receipt of a memorandum, dated July 10, 2012, from the defendant's Pretrial Services Officer, requesting the Court's permission to provide the Assistant United States Attorney with a copy of the test results of the drug screen conducted on June 11, 2012.

The Clerk is directed to file the July 10, 2012, memorandum.

The request is GRANTED. The Pretrial Services Officer shall provide a copy of the test results to counsel for the government and to counsel for the defendant.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge