IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA )
) No. 3-12-00055
v. )
)
JAMES BENJAMIN LEE )


ORDER


The defendant's motion requesting permission to change residence (Docket Entry No. 55) is

GRANTED.[1]

The defendant is granted permission nunc pro tunc to reside at the McEwen address listed

in the motion for the period of time between July 24, 2012, and December 15, 2012.  The defendant

is further permitted to live at the Camden address listed in the motion beginning December 15, 2012.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge


---

[1] Although not specifically included in this motion, defendant's counsel has advised that neither
the government nor Pretrial Services has any objection to the motion.